UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| James E. Norris, | ) | CASE NO. 1:13 CV 1737 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| Vs. | ) | |
| | ) | |
| Carolyn W. Colvin, | ) | **Memorandum of Opinion and Order** |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**INTRODUCTION**

This matter is before the Court upon the Report and Recommendation ("R&R") of Magistrate Judge Vernelis K. Armstrong (Doc. 28) recommending that the decision of the Commissioner be affirmed. Defendant purports to file an objection. For the reasons that follow, the Court ACCEPTS the R&R and for the reasons stated therein, the decision of the Commissioner is AFFIRMED.

**ANALYSIS**

In this case, *pro se* plaintiff objects to the R&R on one basis. The entirety of the

1

objection is as follows:

> Reply to recommended report is to have Keaton, hanahan [sic] and Bell medical records from 2009 thru 2012, subpoena. [sic] the missing records will show that I am disabled under social security law. There the records were not turned in to alj or the appeals council.

Attached to the objection is a number of subpoenas and three other documents.

The Court concludes that this objection is not entitled to *de novo* review. In order for the Court to conduct *de novo* review, the party must identify specific portions of the R&R to which he is objecting. *See, Howard v. Sec'y Health & Hum. Servs.*, 932 F.2d 505, 509 (6 th Cir. 1991). Here, plaintiff wholly fails in this regard. Plaintiff makes a general statement that he intends to subpoena additional records that will support his claim for disability. This statement is in no way tied to any specific portion of the R&R. Accordingly, the Court finds that *de novo* review is inappropriate and the Court will review the R&R for clear error.

**DECISION**

This Court, having reviewed the R&R and finding no clear error, hereby accepts the Magistrate Judge's R&R. In accordance with that recommendation, the Court hereby AFFIRMS the decision of the Commissioner for the reasons stated by the Magistrate Judge in the R&R, which is incorporated herein by reference.

IT IS SO ORDERED.

/s/Patricia A. Gaughan
PATRICIA A. GAUGHAN
Date: 8/11/14     United States District Judge